

140 Grand Street, Suite 705, White Plains, New York 10601
t 914.686.1500 · f 914.487.5000 · www.yankwitt.com

White Plains, NY
Atlantic City, NJ

July 11, 2024

**MEMO ENDORSED**

**Via Electronic Case Filing**
The Honorable Jessica G.L. Clarke
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Raymond Basri v. Air99 LLC, et al.*, 23 Civ. 1170 (JGLC)

Dear Judge Clarke:

We represent defendants Richard Gordon and Air99 LLC (together, "Defendants"), in the above-referenced action.  We write to request an extension, from July 16, 2024, until August 8, 2024, for Defendants to file their summary judgment motion in this matter.  Plaintiff consents to the requested extension.

The reason for the requested extension is that the parties are still engaged in settlement discussions.  The parties engaged in a settlement conference with Magistrate Judge Tarnofsky on June 17, 2024, and have a telephone call with her currently scheduled for July 18, 2024.  As a result, Defendants request that the Court extend the due date for their summary judgment motion until August 8, 2024.

This is Defendants' first request to extend the due date to file their summary judgment motion.  In addition, if the Court grants the request, the parties request that the Court adjust the remainder of the summary judgment briefing schedule as follows:  i) Plaintiff's opposition papers due September 11, 2024; and ii) Defendants' reply papers due September 26, 2024.

Application GRANTED. Defendants' motion for summary due **August 8, 2024**, Plaintiff's opposition due **September 11, 2024**, and Defendants' reply due **September 26, 2024**. The Clerk of Court is directed to terminate ECF No. 50.

Respectfully Submitted,

YANKWITT LLP
*Counsel for Defendants Air99 LLC and Richard Gordon*

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

By:  /s/ Ross E. Morrison_____
     Ross E. Morrison, Esq.
     Connor A. Hilbie, Esq.

Dated: July 11, 2024
       New York, New York

cc: All counsel of record (via ECF)