

August 5, 2024

**<u>Via Electronic Case Filing</u>**
The Honorable Jessica G.L. Clarke
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



    Re:    *Raymond Basri v. Air99 LLC, et al.*, 23 Civ. 1170 (JGLC)

Dear Judge Clarke:

    We represent defendants Richard Gordon and Air99 LLC (together, "Defendants"), in the above-referenced action. We write to request an extension, from August 8, 2024, until August 19, 2024, for Defendants to file their summary judgment motion in this matter. Plaintiff consents to the requested extension.

    The reason for the requested extension is that the parties are still engaged in settlement discussions. The parties engaged in settlement conferences with Magistrate Judge Tarnofsky on June 17, 2024, July 18, 2024, and again on August 2, 2024. As a result, Defendants request that the Court extend the due date for their summary judgment motion until August 19, 2024.

    This is Defendants' second request to extend the due date to file their summary judgment motion. Previously, the Court granted Defendants' request to extend the due date from July 16, 2024, until August 8, 2024. In addition, if the Court grants the instant request, the parties request that the Court adjust the remainder of the summary judgment briefing schedule as follows: i) Plaintiff's opposition papers due September 19, 2024; and ii) Defendants' reply papers due October 1, 2024.

Application GRANTED. Defendants' motion for summary judgment due **August 19, 2024**; Plaintiff's opposition due **September 19, 2024**; and Defendants' reply due **October 1, 2024.** The Clerk of Court is directed to terminate ECF No. 52.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 6, 2024
      New York, New York

Respectfully Submitted,

YANKWITT LLP
*Counsel for Defendants Air99 LLC and Richard Gordon*

By:  /s/ Ross E. Morrison_____
     Ross E. Morrison, Esq.
     Connor A. Hilbie, Esq.

cc: All counsel of record (via ECF)