

April 15, 2025

**<u>Via Electronic Case Filing</u>**
The Honorable Jessica G.L. Clarke
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Raymond Basri v. Air99 LLC, et al.*, 23 Civ. 1170 (JGLC)

Dear Judge Clarke:

    We represent defendants Richard Gordon and Air99 LLC (together, "Defendants"), in the above-referenced action. We write on behalf of both parties to request a three-day extension, from April 15, 2025, until April 18, 2025, for the parties, pursuant to the Court's Opinion and Order, dated March 28, 2025, to submit a joint letter proposing trial dates and indicating their position on settlement.

    The parties have conferred, and currently are discussing a proposal for additional settlement negotiations. Based on counsel's obligations in other matters, and the parties' availability, the parties require a few additional days to complete these discussions. Accordingly, the parties respectfully request until April 18, 2025, to provide the Court with a joint letter proposing trial dates and their proposal on settlement. This is the parties' first request to extend the due date to file their joint letter.

    Respectfully submitted,

    YANKWITT LLP
    *Counsel for Defendants Air99 LLC and Richard Gordon*

    By:  /s/ Ross E. Morrison
         Ross E. Morrison, Esq.

cc: All counsel of record (via ECF)