

April 15, 2025

**Via Electronic Case Filing**
The Honorable Jessica G.L. Clarke
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



Re:   *Raymond Basri v. Air99 LLC, et al.*, 23 Civ. 1170 (JGLC)

Dear Judge Clarke:

We represent defendants Richard Gordon and Air99 LLC (together, "Defendants"), in the above-referenced action. We write on behalf of both parties to request a three-day extension, from April 15, 2025, until April 18, 2025, for the parties, pursuant to the Court's Opinion and Order, dated March 28, 2025, to submit a joint letter proposing trial dates and indicating their position on settlement.

The parties have conferred, and currently are discussing a proposal for additional settlement negotiations. Based on counsel's obligations in other matters, and the parties' availability, the parties require a few additional days to complete these discussions. Accordingly, the parties respectfully request until April 18, 2025, to provide the Court with a joint letter proposing trial dates and their proposal on settlement. This is the parties' first request to extend the due date to file their joint letter.

Respectfully submitted,

YANKWITT LLP
*Counsel for Defendants Air99 LLC and Richard Gordon*

By:  /s/ Ross E. Morrison
      Ross E. Morrison, Esq.

cc:  All counsel of record (via ECF)

Application GRANTED. The parties' deadline to file their joint letter regarding their trial availability is HEREBY EXTENDED to **April 21, 2025**. The parties are also reminded that, per this Court's Individual Rules, requests for extensions of time must be made at least 48 hours prior to the relevant deadline. The Clerk of Court is respectfully directed to terminate ECF No. 81.

Dated: April 16, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge