

April 21, 2025

**Via Electronic Case Filing**
The Honorable Jessica G.L. Clarke
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Raymond Basri v. Air99 LLC, et al.*, 23 Civ. 1170 (JGLC)

Dear Judge Clarke:

    We represent defendants Richard Gordon and Air99 LLC in the above-referenced action. We write on behalf of both parties pursuant to the Court's Opinion and Order, dated March 28, 2025, to propose trial dates and indicate the parties' interest in a referral to the Court's Mediation Program.

    The parties have conferred and are available during the following dates in October, November and December: October 14 – 16; November 17 – 19; and December 15 – 18.

    In addition, the parties respectfully request that the Court refer them to the Court's Mediation Program in order to attempt to settle the remaining claims in this action.

                                    Respectfully submitted,

                                    YANKWITT LLP
                                  *Counsel for Defendants Air99 LLC and Richard Gordon*

                      By:  /s/ Ross E. Morrison_____
                                Ross E. Morrison, Esq.

cc: All counsel of record (via ECF)