UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND BASRI,

                      Plaintiff,

      -against-

AIR99 LLC, et al.,

                      Defendants.

23-CV-1170 (JGLC)

**PRETRIAL SCHEDULING ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Trial in this action shall commence on **January 26, 2026**, and is expected to conclude by **January 29, 2026**. The parties' Joint Pretrial Statement, motions in limine, and other submissions required by 1(e) and 1(f) of the Court's Individual Trial Rules and Procedures are due by **January 5, 2026**. Any opposition briefs are due by **January 12, 2026**. The final pretrial conference will take place on **January 19, 2026 at 10:00 AM**. The Court will issue a subsequent order closer to that date advising the parties of the courtroom location.

Dated: April 22, 2025
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge