UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND BASRI,<br><br>        Plaintiff,<br><br>  -against-<br><br>AIR99 LLC, et al.,<br><br>        Defendants. | 23-CV-1170 (JGLC)<br><br>**MEDIATION REFERRAL ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court. The parties shall file a joint status letter with the Court no later than **July 7, 2025** (or within fourteen days of any scheduled mediation).

Dated: April 22, 2025
   New York, New York

                  SO ORDERED

                  *Jessica Clarke*
                  _____
                  JESSICA G. L. CLARKE
                  United States District Judge