

140 Grand Street, Suite 705, White Plains, New York 10601
t 914.686.1500 · f 914.487.5000 · www.yankwitt.com

White Plains, NY
Atlantic City, NJ

March 24, 2026

**<u>Via Electronic Case Filing</u>**
The Honorable Jessica G.L. Clarke
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:     *Raymond Basri v. Air99 LLC, et al.*, 23 Civ. 1170 (JGLC)

Dear Judge Clarke:

We represent Defendants Air99 LLC and Richard Gordon in the above-referenced matter. We write on behalf of Defendants and Plaintiff Raymond Basri to jointly request a one-week extension, from March 25, 2026, until April 1, 2026, to file the various required pretrial submissions by the parties in advance of the upcoming trial in this matter.

Trial in this matter currently is scheduled to commence April 20, 2026.  Pursuant to the Court's Pretrial Scheduling Order, dated February 13, 2026, the parties' Joint Pretrial Statement, motions *in limine*, and submissions required by Rules 1(d) and 1(f) of the Court's Individual Trial Rules and Procedures are due by March 25, 2026.  The Final Pretrial Conference is scheduled for April 13, 2026.

The parties have conferred on the various pre-trial submissions referenced above, and require additional time to continue this process to allow them to minimize the outstanding issues in dispute and finalize these submissions.  Accordingly, the parties jointly request until April 1, 2026, to file the required pretrial submissions.  If the Court grants this request, the parties also request that the Court set April 7, 2026, as the due date for any opposing briefs to any motions *in limine*.

The parties thank the Court for its consideration of their request.

Application GRANTED in part. The Court hereby extends the deadlines for the parties' submissions originally due on March 25th to April 1st. Any oppositions to motions in limine are due on April 6, 2026. No further extensions will be granted. The Clerk of Court is directed to terminate ECF No. 93.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 25, 2026
       White Plains, New York

Respectfully submitted,

YANKWITT LLP
*Counsel for Defendants Air99 LLC and Richard Gordon*

By:   /s/ Ross E. Morrison
      Ross E. Morrison, Esq.
      Philip J. Tullo, Esq.

cc:  All counsel of record (via ECF)