UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAYMOND BASRI,

                Plaintiff,

      -against-                            23-cv-1170 (LAK)

AIR99 LLC, et ano.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-30-26

## ORDER

LEWIS A. KAPLAN, *District Judge.*

This case previously was scheduled to start trial on April 20, 2026.  On my calendar, however, it is to follow another trial that is scheduled to start on April 8, 2026 and that is expected to last several weeks.

In the event this case cannot be reached for trial on April 20, 2026, trial in this case will commence on June 8, 2026.  Counsel may communicate with my case manager, Mr. Mohan, as to the status of the earlier case.

SO ORDERED.

Dated:      March 30, 2026

                                      Lewis A. Kaplan
                                 United States District Judge