USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/26

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Raymond Basri,

                              Plaintiff,

          -against-

Air99 LLC, et al.,

                        Defendants.

-------------------------------------------------------------------X

23 **CIVIL** 1170 (LAK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Lewis A. Kaplan, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
         May June 1 , 2026

TAMMI M. HELLWIG

_____
Clerk of Court

So Ordered:

_____
U.S.D.J.

BY:        K. mango

_____
Deputy Clerk